```
SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorney for Plaintiff
CAMERON HARRELL
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERON HARRELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>KB JACK RANCHO, INC.; YORKSHIRE GROUP LIMITED PARTNERSHIP; and DOES 1 to 10,<br><br>  Defendants. | Case No. 5:24-cv-00557-KK-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br><br>Complaint Filed: March 15, 2024<br>Trial Date:  None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cameron Harrell ("Plaintiff") hereby dismisses the above-captioned action in its entirety with prejudice as to all claims and causes of action against all Defendants. Defendants have not filed any answers to Plaintiff's Complaint and Defendants have advanced no cross-claims, either individually or collectively.

Dated: May 14, 2024          SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
       Jason J. Kim, Esq.

Attorney for Plaintiff Cameron Harrell